# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTWON ROGERS, et al.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Civil Action No. 08-149 Erie
　　　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA, et. al., )
　　　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　　)

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on May 15, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 102], filed on June 17, 2011, recommended that Defendants' motion for summary judgment [ECF No. 85] be granted. The parties were allowed fourteen (14) days from the date of service to file objections. Plaintiffs filed objections on July 6, 2011 [ECF No. 104] and supplemental objections on July 15, 2011 [ECF No. 106]. After de novo review of the documents in the case, together with the Report and Recommendation, and the objections and supplemental objections thereto, the following order is entered:

AND NOW, this 29th day of July, 2011;

IT IS HEREBY ORDERED that Defendants' motion for summary judgment [ECF No. 85] is GRANTED; JUDGEMENT is hereby entered in favor of Defendants and against Plaintiffs.

The Report and Recommendation [ECF No. 102] of Magistrate Judge Baxter, filed on June 17, 2011 is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge